**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Dario GONZALEZ-FAVELA, Defendant-Appellant.**

**Nos. 16-50114, 16-50124**

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2017 **

Filed July 3, 2017

Karla Davis, Assistant U.S. Attorney, Benjamin Holley, Assistant U.S. Attorney, Helen H. Hong, Assistant U.S. Attorney, Office of the US Attorney, San Diego, CA, for Plaintiff-Appellee

Charles Guthrie, San Diego, CA, for Defendant-Appellant

Before: PAEZ, BEA, and MURGUIA, Circuit Judges.

## MEMORANDUM **

In these consolidated appeals, Dario Gonzalez-Favela appeals the 63-month sentence imposed following his guilty-plea conviction for attempted reentry of a removed alien, in violation of 8 U.S.C. § 1326, and the 12-month consecutive sentence imposed upon revocation of supervised release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Gonzalez-Favela contends that the district court erred by denying the parties' joint recommendation for a fast-track de-

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

parture under U.S.S.G. § 5K3.1 because it failed to engage in a comparative analysis of Gonzalez-Favela relative to other defendants with a criminal history category of VI who nevertheless received a fast-track departure. The court did not abuse its discretion. *See United States v. Rosales-Gonzales*, 801 F.3d 1177, 1178 (9th Cir. 2015) (fast-track departure is "purely discretionary"). The record reflects that the court properly denied the departure based on the particular factors of Gonzalez-Favela's case, including the court's previous grant of a fast-track departure to Gonzalez-Favela, and his extensive immigration and criminal history. *See id.* at 1183-84. Moreover, the aggregate 75-month sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances. *See Gall v. United States*, 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.